Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. John Johnson Terrell, II               Docket No. 1:06CR00493-001

### Petition on Supervised Release

COMES NOW Frank J. Weaver, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John Johnson Terrell, II, who was placed on supervision by the Honorable James C. Cacheris, Senior United States District Court Judge sitting in the Court at Alexandria, Virginia, on the 9th day of March 2007, who fixed the period of supervision at 5 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

*See page 2*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** May 28th, 2024 at 10:00 a.m.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this __6__ day of May 2024 and ordered filed and made a part of the records in the above case. | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: 05/06/2024 |
| _[signature]_ | **Frank Weaver** Digitally signed by Frank Weaver Date: 2024.05.06 11:23:34 -04'00' |
| Anthony J. Trenga Senior United States District Court Judge | Frank J. Weaver Senior U.S. Probation Officer 703-366-2118 |
| | Place Manassas, Virginia |

**TO CLERK'S OFFICE**

**Petition on Supervised Release**  Page 2
**RE: Terrell II, John Johnson**

## Special Conditions

1. The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

2. The defendant shall participate in a program approved by the probation officer for mental health treatment. The costs of these programs are to be paid by the defendant, as directed by the probation officer. The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

3. The defendant shall pay for the support of his children in the amount ordered by any social services agency or Court of competent jurisdiction. In the absence of such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on the defendant's financial circumstances.

**Petition on Supervised Release**  Page 3
**RE: Terrell II, John Johnson**

OFFENSE: Possess with Intent to Distribute Five (5) or More Grams of Crack Cocaine, Schedule II in violation of Title 21 U.S.C. § 841(a)(1); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18 U.S.C. § 924(c)(1)(A).

SENTENCE: The defendant was sentenced to 202 months imprisonment followed by a 5-year term of supervised release with special conditions listed on Page 2. Further, the defendant was ordered to pay a $200.00 special assessment.

ADJUSTMENT TO SUPERVISION: On May 26, 2020, Mr. Terrell was released from the custody of the Bureau of Prisons and his term of supervised release commenced on that date. Mr. Terrell's supervision adjustment has been difficult due to ongoing illicit substance use.

Currently, Mr. Terrell resides in Alexandria, Virginia, and works for & Pizza in Washington, D.C. as verified by viewing Mr. Terrell's pay stubs during home contacts. Mr. Terrell has been enrolled in substance abuse and mental health treatment with Counseling and Forensic Services since June of 2020, and collateral contact with the defendant's treatment provider indicates Mr. Terrell remains in compliance with treatment goals. Lastly, Mr.Terrell has no open orders of child support, and this officer has confirmed with the mother of Mr. Terrell's children she does not desire child support from the defendant. Mr. Terrell paid $25.00 toward his special assessment while in the custody of the Bureau of Prisons but this officer notes the special assessment is no longer collectable due to the age of the offense.

On February 10, 2021, the undersigned submitted a petition which alleged on February 6, 2021, the defendant was arrested and charged with Driving Under the Influence by the Fairfax County Police Department. Further, on March 1, 2021, an addendum to the petition was submitted which alleged on February 26, 2021, the defendant was charged with Reckless Driving by the Fairfax County Police Department. On March 16, 2022, the defendant appeared before the Court with respect to these supervised release violations. At that time, the petition and addendum were dismissed as it was determined Mr. Terrell complied with the conditions of supervised release since incurring the violations.

On June 13, 2022, August 29, 2022, January 11, 2024, and March 7, 2024, the undersigned submitted violation reports with request for no-action which alleged prior to those dates, the defendant submitted a urinalysis sample which returned positive for the use of marijuana. All no-action reports were approved by the Court.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**CONDITION 7:**             **USE OF MARIJUANA.**

On April 26, 2024, Mr. Terrell reported to the Probation Office for substance abuse testing. At that time, the defendant submitted a urinalysis sample which returned positive for the use of marijuana. On May 1, 2024, the undersigned addressed this positive test with Mr. Terrell at which time he admitted to using marijuana prior to the submission of the sample.

Petition on Supervised Release  Page 4
RE: Terrell II, John Johnson

| CONDITION 2: | FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED. |

Since the inception of supervision Mr. Terrell was scheduled to submit 47 monthly supervision reports at the time of this writing. At present time, Mr. Terrell has submitted 30 monthly supervision reports with the last report submitted in April 2023.

FJW/mbp
REH

Prob 12 (10/09)
VAE (rev. 5/17)